UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Shannon T. Craig,                                         Civil No. 11cv0265 DSD/JJK

    Plaintiff,

v.                                                                              **ORDER**

St. Paul Police Department,

    Defendant.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated February 9, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), be **DENIED**; and

2. This action be summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 7, 2011         s/David S. Doty
                                         David S. Doty
                                         United States District Judge